STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
DAVID W. MOON (State Bar No. 197711)
A.R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959

Attorneys for Defendants CHASE BANK USA, N.A.

JAMES C. STURDEVANT (SBN 94551)
(jsturdevant@sturdevantlaw.com)
MONIQUE OLIVIER (SBN 190385)
(molivier@sturdevantlaw.com)
WHITNEY HUSTON (SBN 234863)
(whuston@sturdevantlaw.com)
THE STURDEVANT LAW FIRM
A Professional Corporation
354 Pine Street, Fourth Floor
San Francisco, CA  94104
Telephone:    (415) 477-2410
Facsimile:     (415) 477-2420

MICHAEL D. DONOVAN (Pa. Bar No. 51895)
(mdonovan@donovansearles.com)
(*Pro Hac Vice* Admission Pending)
DONOVAN SEARLES, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
Telephone:    (215) 732-6067
Facsimile:     (215) 732-8060

Attorneys for Plaintiff TIMOTHY A. SAUER

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY A. SAUER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE BANK USA, N.A., and DOES 1-20,<br><br>Defendants. | Case No. CV-09-0809 (BZ)<br><br>**CLASS ACTION**<br><br>**STIPULATION TO STAY PROCEEDINGS**<br><br>Action filed:  February 25, 2009<br>Trial Date:     None set<br>Judge:           Hon. Bernard Zimmerman |

STIPULATION TO STAY PROCEEDINGS                                               CASE NO. CV-09-0809 (BZ)

WHEREAS, on February 25, 2009, plaintiff Timothy A. Sauer ("Plaintiff") filed the Class Action Complaint (the "Complaint");

WHEREAS, multiple similar class actions are currently pending in this District and in other federal district courts around the country and a Motion for Transfer and Coordination pursuant to 28 U.S.C. § 1407 (the "MDL Motion") has been filed with the Judicial Panel on Multidistrict Litigation (the "JPML") and docketed as In Re: Chase Bank USA, N.A., "Check Loan" Contract Litigation, MDL No. 2032;

WHEREAS, responses to the MDL Motion are due by March 16, 2009; any reply is due by March 23, 2009 and the JPML will thereafter schedule a hearing date;

WHEREAS, in light of the foregoing, the parties have agreed to a stay of all proceedings in this case pending the ruling on the MDL Motion;

WHEREAS, such a stay of proceedings in this case (and in other similar cases) pending the decision of the JPML is within the discretion of the Court. See, e.g., Republic of Venezuela v. Philip Morris Cos., Inc., 1999 WL 33911677 (S.D. Fla. Apr. 28, 1999) (holding district court has "inherent power" to stay proceedings pending decision by JPML on transfer motion);

WHEREAS, the parties have not previously submitted any stipulations in this action; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that all proceedings in this case before this Court, including but not limited to any deadlines for Chase to respond to the Complaint, be stayed until such time as the JPML rules on the MDL Motion.

Plaintiff reserves the right to move to vacate the stay, in which case Chase shall have ten (10) days from the date of entry of an order lifting the stay in which to file an answer or otherwise respond to the Complaint.

IT IS SO STIPULATED.

Dated: March 16, 2009

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
DAVID W. MOON
A. R. KACHADOORIAN

By: /s/ A.R. Kachadoorian
A.R. Kachadoorian

Attorneys for Defendants
CHASE BANK USA, N.A. and
JPMORGAN CHASE & CO.

Dated: March __, 2009

JAMES C. STURDEVANT
MONIQUE OLIVER
WHITNEY HUSTON

By: _____

Attorneys for Plaintiff
Timothy A. Sauer

1  Plaintiff reserves the right to move to vacate the stay, in which case Chase shall have ten (10) days
2  from the date of entry of an order lifting the stay in which to file an answer or otherwise respond to
3  the Complaint.
4     IT IS SO STIPULATED.
5  Dated: March __, 2009                    STROOCK & STROOCK & LAVAN LLP
                                            JULIA B. STRICKLAND
6                                           STEPHEN J. NEWMAN
                                            DAVID W. MOON
7                                           A. R. KACHADOORIAN

                                            By: _____

                                            Attorneys for Defendants
                                               CHASE BANK USA, N.A. and
                                               JPMORGAN CHASE & CO.

15  Dated: March 13, 2009                   THE STURDEVANT LAW FIRM
                                            A Professional Corporation

                                            DONOVAN SEARLES, LLC

                                            By: _[signature]_____
                                               WHITNEY HUSTON

                                            Attorneys for Plaintiff
                                               Timothy A. Sauer

## ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

all proceedings in this case before this Court, including but not limited to any deadlines for Chase to respond to the Complaint, be stayed until such time as the JPML rules on the MDL Motion. Plaintiff hereby is granted leave to move to vacate the stay, in which case Chase shall have ten (10) days from the date of entry of an order lifting the stay in which to file an answer or otherwise respond to the Complaint. **If the case is not transferred by June 1, 2009, the parties shall file a joint status report.**

IT IS SO ORDERED.

DATED: March 16, 2009

*[signature]*
The Honorable Bernard Zimmerman
United States District Judge