Stroock & Stroock & Lavan LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
DAVID W. MOON (State Bar No. 197711)
A.R. KACHADOORIAN (State Bar No. 240601)
2029 Century Park East
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile:  310-556-5959

Attorneys for Defendants
CHASE BANK USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY A. SAUER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CHASE BANK USA, N.A., and DOES 1-20,<br><br>Defendants. | Case No. CV-09-0809 MMC<br><br>[Assigned to the Hon. Maxine M. Chesney]<br><br>CLASS ACTION<br><br>**STIPULATION AND [Proposed] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**  AND ORDER THEREON<br><br>Action filed: February 25, 2009<br>Trial Date:  None set |

LA 51156753

STIPULATION AND [Proposed] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
Case No. CV-09-0809 MMC

)LA 51156753

WHEREAS, on February 25, 2009, plaintiff Timothy A. Sauer ("Plaintiff") filed the Class Action Complaint (the "Complaint");

WHEREAS, the Court issued an Order on February 25, 2009 setting a Case Management Conference for June 15, 2009, with a Case Management Statement due June 8, 2009 (Docket No. 5);

WHEREAS, the Court, on its own motion, continued the Case Management Conference to June 22, 2009, and continued the corresponding date to file to the Case Management Statement to June 15, 2009 (Docket No. 6);

WHEREAS, multiple similar putative class actions currently are pending in this District and in other federal district courts around the country and two Motions for Transfer and Coordination pursuant to 28 U.S.C. § 1407 (the "MDL Motions") were filed with the Judicial Panel on Multidistrict Litigation (the "Panel") and docketed as In Re: Chase Bank USA, N.A., "Check Loan" Contract Litigation, MDL No. 2032;

WHEREAS, on March 16, 2009, the parties filed a stipulation to stay all proceedings in this case before this Court, including but not limited to any deadlines for Chase to respond to the Complaint, until such time as the Panel rules on the MDL Motions, which was granted by the Court (Docket Nos. 7, 9);

WHEREAS, the Panel held a hearing on the MDL Motions on May 27, 2009, and the parties expect a decision from the Panel soon, which will coordinate all the multiple similar actions;

WHEREAS, in light of the foregoing, the parties have agreed to continue the initial Case Management Conference and corresponding deadlines set by the Court, as it appears likely that that this action will be transferred to another District for pre-trial purposes;

WHEREAS, pursuant to Local Rules 6-1(b) and 6-2, the parties may request by stipulation an order altering dates and deadlines previously fixed by the Court;

WHEREAS, the time modifications requested herein will alter dates and deadlines set by the Court; and

WHEREAS, this Stipulation is made in good faith and not for purposes of delay.

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that:

The initial Case Management Conference in this case is continued from June 22, 2009 until August 21, 2009. All corresponding deadlines set by the Court are continued accordingly.

IT IS SO STIPULATED.

Dated: June 11, 2009

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN
DAVID W. MOON
A. R. KACHADOORIAN

By: _____/s/ A.R. Kachadoorian_____
    A.R. Kachadoorian

Attorneys for Defendants
CHASE BANK USA, N.A. and
JPMORGAN CHASE & CO.

Dated: June 11, 2009

JAMES C. STURDEVANT
MONIQUE OLIVER
WHITNEY HUSTON

By: _____/s/ Whitney Huston_____
    Whitney Huston

Attorneys for Plaintiff
Timothy A. Sauer

# ORDER

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

The initial Case Management Conference in this case is ~~continued from June 22, 2009 until~~ reset for August 21, 2009. All corresponding deadlines set by the Court ~~are continued accordingly.~~ in its February 25, 2009 order are reset accordingly.

IT IS SO ORDERED.

DATED: June 12, 2009

_____
The Honorable Maxine M. Chesney
United States District Judge

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51156753

3

STIPULATION AND [Proposed] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
Case No. CV-09-0809 MMC